**GOMEZ TRIAL ATTORNEYS**
John H. Gomez (SBN 171485)
Jessica S. Williams (SBN 314762)
Paul L. Starita (SBN 219573)
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Fax: (619) 237-3496
Email: john@thegomezfirm.com
jwilliams@thegomezfirm.com
pstarita@thegomezfirm.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ANDERSON, individually; DIXIE ATWOOD, individually; HOLLY ATWOOD, individually; JORDAN ATWOOD, individually; CATHERINE BENDELE, individually; DOROTHY LYNN BODDY, individually; DIANA BODKIN, individually; STACIE CLEMENT on behalf of her minor child L.C., individually; STACIE CLEMENT, individually; SUZANNE COIT, individually; JORDAN SALTERN DEHEK, individually; MARY DEJONG, individually; PATRICIA MARIE EARL MAUGHAN, individually; CHRISTOPHER JAMES EARL individually; GEORGE JAMES GIBSON, individually; MEGAN HILL, individually; CHRISTI HUMPHREYS, individually; MICHAEL HYE, individually; SUZANNE JERABEK, individually; COBY MAUGHAN, individually; MICHAEL MCCAULEY, individually; KAILEY MEYER, | CASE NO.: 2:21-cv-9102 **PLAINTIFFS' COMPLAINT** |

Gomez
Trial Attorneys

individually; MONY PARK, as Legal Representative of the ESTATE OF LARRY C. PARK, individually; REBECCA POPPLETON, individually; CHRYSTINA ROWE, individually; AMY SMITH, individually;, BRENDA STROUPE, individually; LISA TICHENOR, individually; JESSICA WALKER, individually; PAULINE LLOYD WALKER, individually; and, BERGANDY WATSON, individually;

    Plaintiffs,

v.

THE UNITED STATES OF AMERICA

    Defendants.

**PLAINTIFFS' COMPLAINT**

Plaintiffs ROBERT ANDERSON, DIXIE ATWOOD, HOLLY ATWOOD, JORDAN ATWOOD, CATHERINE BENDELE, DOROTHY LYNN BODDY, DIANA BODKIN, STACIE CLEMENT ON BEHALF OF HER MINOR CHILD L.C., STACIE CLEMENT, SUZANNE COIT, JORDAN SALTERN DEHEK,  MARY DEJONG, PATRICIA MARIE MAUGHAN EARL, JAMES EARL, GEORGE JAMES GIBSON, MEGAN HILL, CHRISTI HUMPHREYS, EARL HUMPHREYS, MICHAEL HYE, SUZANNE JERABEK, COBY MAUGHAN, MICHAEL MCCAULEY, KAILEY MEYER, MONY PARK, ON BEHALF OF THE ESTATE OF LARRY C. PARK,  REBECCA POPPLETON, CHRYSTINA ROWE, AMY SMITH, BRENDA STROUPE, LISA TICHENOR, JESSICA WALKER, PAULINE LLOYD WALKER, and BERGANDY WATSON (hereinafter "Plaintiffs") have filed this lawsuit through their attorneys, Gomez Trial Attorneys, against Defendant, the United States of America, hereby allege, upon information and belief, as follows:

## JURISDICTION AND VENUE

1.      This is an action arising under the Federal Tort Claims Act 28 U.S.C. §§ 2671 et seq. This Court is vested with original jurisdiction to hear this matter pursuant to 28 U.S.C. § 1346 (b)(1), which provides in part that, "[t]he district courts … shall have exclusive jurisdiction of civil actions on claims against the United States, for money damages, accruing on and after January 1, 1945, for injury or loss of property, or personal injury or death caused by the negligent or wrongful act or omission of any officer, employee or servant of the Government while acting within the scope of his office or employment, under circumstances where the United States, if a private person, would be liable to the claimant in accordance with the law of the place where the act or omission occurred."

2.      Plaintiffs timely filed administrative claims with the United States Air Force pursuant to the Federal Tort Claims Act, 28 U.S.C. § 2675. These claims are attached hereto, and marked as Collective Exhibit A, and are incorporated by reference

herein. All of these claims were denied or deemed denied as of May 24, 2021. The denials are attached hereto and marked as Exhibit B.

3.     Venue is proper in the Central District of California, pursuant to 28 U.S.C § 1402(b), in that the acts or omissions giving rise to the claims occurred in this district at former George Air Force Base, Victorville, California.

4.     This action arises from the Defendant's acts or omissions to address the toxic, hazardous, and radioactive waste deposited into the soils, groundwater, water supply, and released into the air at former George Air Force Base, and the failure to alert and treat individuals exposed to said contamination. Plaintiffs bring this action to recover damages for adverse health outcomes developed as a result of exposure to toxic, hazardous, and radioactive waste deposited into the soils, groundwater, water supply, and related airborne release of these chemicals at the former George Air Force Base. As alleged below, the acts and omissions complained of herein were performed by officers, agents, servants, and/or employees of the United States of America acting within the course and scope of their employment with the Defendant.

## PARTIES

5.     Plaintiff ROBERT ANDERSON lived near former George Air Force Base in Adelanto, CA, from approximately 1989 to 1994. Since that time, Plaintiff ROBERT ANDERSON has suffered from various medical conditions such as stage 3 lymphedema, cysts in the brain and nasal passages, high blood pressure, and venous insufficiency. Sometime after January 2019, Plaintiff ROBERT ANDERSON came to believe that these injuries were more likely than not caused by exposure to toxic contamination while living on former George Air Force Base.

6.     Plaintiff DIXIE ATWOOD lived in family housing on former George Air Force Base from approximately February 1975 to 1977. Since that time, Plaintiff DIXIE ATWOOD has suffered from various medical conditions such as seizure disorder, migraines, a tumor in the pituitary gland, a tumor in the parotid gland, pregnancy

complications, and urinary tract infections. Sometime after January 2019, Plaintiff DIXIE ATWOOD came to believe that these injuries were more likely than not caused by exposure to toxic contamination while living on former George Air Force Base.

7.    Plaintiff HOLLY ATWOOD is the child of DIXIE ATWOOD who lived in family housing on former George Air Force Base from approximately February 1975 to 1977. DIXIE ATWOOD was exposed to toxic contamination that can have developmental effects on organs and can remain in the body for several years after exposure. Plaintiff HOLLY ATWOOD has suffered from various medical conditions including endometriosis, migraines, chronic pelvic pain, abnormal uterine bleeding, polycystic ovaries, retroperitoneal fibrosis, myalgia of pelvic floor, frequent urinary tract infections, and chronic nausea. Sometime after January 2019, Plaintiff HOLLY ATWOOD came to believe that these injuries were more likely than not caused by in-utero exposure to toxic contamination from her mother's direct exposure to toxic contamination while living on former George Air Force Base.

8.    Plaintiff JORDAN ATWOOD is the child of DIXIE ATWOOD who lived in family housing on former George Air Force Base from approximately February 1975 to 1977. DIXIE ATWOOD was exposed to toxic contamination that can have developmental effects on organs and can remain in the body for several years after exposure. Plaintiff JORDAN ATWOOD has suffered from various medical conditions including a birth defect with being born with only one kidney, severe ADHD, and chronic migraines. Sometime after January 2019, Plaintiff JORDAN ATWOOD came to believe that these injuries were more likely than not caused by in-utero exposure to toxic contamination from her mother's direct exposure to toxic contamination while living on former George Air Force Base.

9.    Plaintiff CATHERINE BANDELE lived in family housing on former George Air Force Base from approximately 1989 to 1990. Since that time, Plaintiff CATHERINE BANDELE has suffered from various medical conditions such as pre-cancerous cells on the cervix, endometriosis, fibroid tumors, hypertension, multiple

sclerosis, severe polyneuropathy, hypothyroidism, carpal tunnel syndrome, arthritis in the back, and large granular lymphocytic leukemia. Sometime after January 2019, Plaintiff CATHERINE BANDELE came to believe that these injuries were more likely than not caused by exposure to toxic contamination while living on former George Air Force Base.

10.    Plaintiff DOROTHY LYNN BODDY lived in family housing on former George Air Force Base from approximately April 1975 to December 1975. Since that time, Plaintiff DOROTHY LYNN BODDY has suffered from swollen lymph glangs, Supraclavicular Adenopathy, Hodgkin's Lymphoma and Nodular Sclerosing. Sometime after January 2019, Plaintiff DOROTHY LYNN BODDY came to believe that these injuries were more likely than not caused by exposure to toxic contamination while living on former George Air Force Base.

11.    Plaintiff DIANA BODKIN lived in family housing on former George Air Force Base from approximately 1975 to 1977 and again from 1984 to 1990. Since that time, Plaintiff DIANA BODKIN has suffered from various medical conditions including breast cancer, miscarriages, and bladder issues. Sometime after January 2019, Plaintiff DIANA BODKIN came to believe that these injuries were more likely than not caused by exposure to toxic contamination while living on former George Air Force Base.

12.    Plaintiff L.C. is the child of STACIE CLEMENT who lived in family housing on former George Air Force Base from approximately June 1988 to September 1992. STACIE CLEMENT was exposed to toxic contamination that can have developmental effects on organs and can remain in the body for several years after exposure. Plaintiff L.C. has suffered from various medical conditions including atresia and stenosis of the large intestine, rectum, and anus, as well as encopresis, fecal impaction, dehydration, congenital anomaly of anus, urinary and fecal incontinence. Sometime after January 2019, Plaintiff L.C. came to believe that these injuries were more likely than not caused by in-utero exposure to toxic contamination from her

mother's direct exposure to toxic contamination while living on former George Air Force Base.

13.     Plaintiff STACIE CLEMENT lived in family housing on former George Air Force Base from approximately June 1988 to September 1992. Since that time, Plaintiff STACIE CLEMENT has suffered from various medical conditions including narcolepsy with cataplexy, migraines, ovarian cysts, thrombosis of ovarian vein, hypothyroidism, endometriosis, salpingectomy, hysterectomy, and depression. Sometime after January 2019, Plaintiff STACIE CLEMENT came to believe that these injuries were more likely than not caused by exposure to toxic contamination while living on former George Air Force Base.

14.     Plaintiff SUZANNE COIT lived in family housing on former George Air Force Base from approximately December 1988 to June 1992. Since that time, Plaintiff SUZANNE COIT has suffered from various medical conditions including hyperlipidemia, fibromyalgia, anxiety, high cholesterol, kidney stones, diverticulosis of the intestine, hysterectomy, endometriosis, recurrent major depressive disorder, hypothyroidism, congestive heart failure, pneumonia, gastroesophageal reflux disease (GERD), diabetes type 2, chronic kidney disease (CKD, stage III), dyspnea, left bundle branch block, prolonged QT interval, osteopenia, chronic diarrhea, disturbed sleep rhythm, and angina pectoris. Sometime after January 2019, Plaintiff SUZANNE COIT came to believe that these injuries were more likely than not caused by exposure to toxic contamination while living on former George Air Force Base.

15.     Plaintiff JORDAN SALTERN DEHEK lived in family housing on former George Air Force Base from approximately 1973 TO 1980. Since that time, Plaintiff JORDAN SALTERN DEHEK has suffered various medical conditions including abnormal ovarian cysts, anxiety, depression, swollen lymph node, lumps in the arms, urinary tract infections, and mittelschmerz. Sometime after January 2019, Plaintiff JORDAN SALTERN DEHEK came to believe that these injuries were more likely than

1 not caused by exposure to toxic contamination while living on former George Air Force
2 Base.

3   16.   Plaintiff MARY DEJONG lived in family housing on former George Air
4 Force Base from approximately 1967 to 1971 and then again from 1971 to 1975. Since
5 that time, Plaintiff MARY DEJONG has suffered various medical conditions including
6 severe environmental allergies and asthma, respiratory issues such as frequent
7 pneumonia, chronic tonsillitis, and anxiety. Sometime after January 2019, Plaintiff
8 MARY DEJONG came to believe that these injuries were more likely than not caused
9 by exposure to toxic contamination while living on former George Air Force Base.

10   17.   Plaintiff CHRISTOPHER JAMES EARL is the child of PAULINE
11 WALKER who lived in family housing on former George Air Force Base from
12 approximately 1974 to 1980. PAULINE WALKER was exposed to toxic contamination
13 that can have developmental effects on organs and can remain in the body for several
14 years after exposure. Plaintiff CHRISTOPHER JAMES EARL has suffered various
15 medical conditions including gouty arthritis, degenerative disc disease, hypermobile
16 ehlers-danlos, and connective tissue disorder. Sometime after January 2019, Plaintiff
17 CHRISTOPHER JAMES EARL came to believe that these injuries were more likely
18 than not caused by in-utero exposure to toxic contamination from her mother's direct
19 exposure to toxic contamination while living on former George Air Force Base.

20   18.   Plaintiff, GEORGE GIBSON, lived in family housing on former George
21 Air Force Base from approximately August 10, 1981, to 1987. Since that time, Plaintiff
22 GEORGE GIBSON, has suffered from Chronic Obstructive Pulmonary Disease,
23 Hypertension, Scleroderma, Diabetic, Pulmonary Hypertension, Pulmonary Fibrosis,
24 Diabetes Mellitus, Stage 4 kidney disease, and a double lung transplant. Sometime after
25 January 2019, Plaintiff GEORGE GIBSON came to believe that these injuries were
26 more likely than not caused by exposure to toxic contamination while living on former
27 George Air Force Base.

28 ///

19.     Plaintiff, MEGAN HILL, lived in family housing on former George Air Force Base from approximately 1985 to 1992. Since that time, Plaintiff MEGAN HILL has suffered from Postural Orthostatic Tachycardia Syndrome, Constipation, Anxiety, generalized anxiety disorder, asthma, epilepsy, Polycystic Ovarian Syndrome, Dysthymia, Fibromyalgia, Migraines, Eczema, Temporomandibular Joint Dysfunction, Irritable Bowel Syndrome, Autism, Post Traumatic Stress Disorder, Chronic Pain Dorsalgia, arthritis, Small Fiber Neuropathy, and high cholesterol. Sometime after January 2019, Plaintiff MEGAN HILL came to believe that these injuries were more likely than not caused by exposure to toxic contamination while living on former George Air Force Base.

20.     Plaintiff CHRISTI HUMPHREYS lived in family housing on former George Air Force Base from approximately 1977 to 1979. Since that time, Plaintiff CHRISTI HUMPHREYS has suffered from Seizures – Petite progressed to Grand Mal Infant, Chronic Sinusitis, Depression, Anxiety, Mental Illness, Blindness, Diabetes - A ketoacidosis- lactic Acidosis, Ovarian Cysts, Anorexia, Learning Disorder. Sometime after January 2019, Plaintiff CHRISTI HUMPHREYS came to believe that these injuries were more likely than not caused by exposure to toxic contamination while living on former George Air Force Base.

21.     Plaintiff MICHAEL HYE lived in family housing on former George Air Force Base from approximately 1978 to 1984. Since that time, Plaintiff MICHAEL HYE has suffered from bone lesions, skin lesions, other undiagnosed issues. Sometime after January 2019, Plaintiff MICHAEL HYE came to believe that these injuries were more likely than not caused by exposure to toxic contamination while living on former George Air Force Base.

22.     Plaintiff SUZANNE JERABEK lived in family housing on former George Air Force Base in 1972 and 1980. Since that time, Plaintiff, SUZANNE JERABEK has suffered from an Ovarian Cyst, miscarriages, Achalasia, Esophagectomy, kidney failure, gall bladder stones, kidney stones, migraines, chronic headaches, Trigeminal Neuralgia,

Fibromyalgia, Axial Spondyloarthritis. Sometime after January 2019, Plaintiff, SUZANNE JERABEK came to believe that these injuries were more likely than not caused by exposure to toxic contamination while living on former George Air Force Base.

23.     Plaintiff COBY MAUGHAN is the child of PATRICIA EARL MAUGHAN who lived in family housing on former George Air Force Base from approximately 1973 to 1980. PATRICIA EARL MAUGHAN was exposed to toxic contamination that can have developmental effects on organs and can remain in the body for several years after exposure. Plaintiff COBY MAUGHAN has suffered from Autism and ADHD. Sometime after January 2019, Plaintiff COBY MAUGHAN came to believe that these injuries were more likely than not caused by in-utero exposure to toxic contamination from his mother's direct exposure to toxic contamination while living on former George Air Force Base.

24.     Plaintiff PATRICIA MARIE EARL MAUGHAN lived in family housing on former George Air Force Base from approximately 1973 to 1980. Since that time, Plaintiff PATRICIA MARIE EARL MAUGHAN has suffered various medical conditions including degenerative disc disorder, thyroid issues, depression, anxiety, and a miscarriage. Sometime after January 2019, Plaintiff PATRICIA MARIE EARL MAUGHAN came to believe that these injuries were more likely than not caused by exposure to toxic contamination while living on former George Air Force Base.

25.     Plaintiff MICHAEL McCAULEY near former George Air Force Base in Adelanto, California around 1991. Since that time, Plaintiff MICHAEL McCAULEY has suffered from Bilateral Avascular Necrosis, Bilateral Avascular Necrosis, Testicular Microlithiasis, Psoriatic Plaque Psoriasis, Bilateral Hernias, Cervical lymphadenopathy, Enlarged Jugulodigastric Lymph Nodes, Hypertrophy of Vas Deferens, BPH (Benign Prostatic Hyperplasia), abdominal pain, acute pain left shoulder, Avascular Necrosis of the hip, Degeneration of intervertebral disc I5, Epididymitis, Hematochezia, Muscle Spasm of Left Shoulder Area, Psoriatic Plaque Psoriasis, and a Renal Cyst. Sometime

after January 2019, Plaintiff MICHAEL McCAULEY came to believe that these injuries were more likely than not caused by exposure to toxic contamination while living on former George Air Force Base.

26.   Plaintiff KAILEY MEYER lived in family housing on former George Air Force Base from approximately September 7, 1975, to 1980. Since that time, Plaintiff KAILEY MEYER has suffered from Vision issues, Scoliosis, Major Depressive Disorder (MDD), Panic Disorder, Morbid Obesity, Lumbar Sprain, Nerve Root Disorder, early pregnancy Hemorrhage, and Pyelonephritis. Sometime after January 2019, Plaintiff KAILEY MEYER came to believe that these injuries were more likely than not caused by exposure to toxic contamination while living on former George Air Force Base.

27.   Plaintiff MONY PARK brings this action on behalf of the ESTATE OF LARRY C. PARK. LARRY C. PARK lived in family housing on former George Air Force Base from approximately 1955-1961. Since that time, LARRY C. PARK suffered various medical conditions including prostate cancer, colon cancer, neuropathy following radiation, bladder cancer, six back surgeries, and death. Sometime after January 2019, Plaintiff MONY PARK on behalf of the ESTATE OF LARRY C. PARK came to believe that the injuries that led to his death were more likely than not caused by exposure to toxic contamination while living on former George Air Force Base.

28.   Plaintiff REBECCA POPPLETON lived in family housing on former George Air Force Base from approximately 1973 to 1980. Since that time, Plaintiff REBECCA POPPLETON has suffered from a blood disorder, heart murmur, pars defect in spine, hip click, hip dislocations, Polycystic Ovary Syndrome, Diabetes, Insulin Resistance, Arthritis, Fibromyalgia, Chronic Pain, Fatigue, Brain fog, REM Sleep Disorder, heart disease, heart enlargement, high cholesterol, Hypothyroidism, fatty liver, Townes-Brocks Syndrome (TBS), Acid Reflux, Sleep Apnea, worsening asthma, Chronic Bronchitis, Chronic Pneumonia, allergies, depression, anxiety, lasting heartache, ADD/ADHD, Eosinophilic Fasciitis Connective Tissue Disorder, Postural

Orthostatic Tachycardia Syndrome Autonomic Dysfunction, Plantar Fasciitis, restless leg, Precancerous Seitz Nevus, Degenerative Disc Disease, Sciatica, Fracture of Lumbar, permanent nerve damage, pain in both legs and both feet from multiple fractures L5, LS L5 fusion, permanent right foot neuropathy, Coccydynia, myokymia, abdominal twitching, leg twitching, trembles in both hands, brain lesions, Temporomandibular Joint Dysfunction (TMJ), and possible Multiple Sclerosis. Sometime after January 2019, Plaintiff REBECCA POPPLETON came to believe that these injuries were more likely than not caused by exposure to toxic contamination while living on former George Air Force Base.

29.    Plaintiff CHRISTINA ROWE lived in family housing on former George Air Force Base in 1988. Since that time, Plaintiff CHRISTINA ROWE has suffered from a miscarriage, Pre-Diabetes, Chronic Upper Respiratory Infections, Total Abdominal Hysterectomy, laparoscopic surgeries, gall bladder removal, Fibrocystic Breast Disease, benign breast tumors, swallowing disorder, Thyroid issues, fevers, coughs, colds, Strep Throat, Pharyngitis, vomiting, diarrhea, high levels of lead, fevers, raspy breathing, ear infections, Gastritis, Tapered Trachea, Croup, constant sickness, trouble conceiving, Endometriosis, Ovarian Cysts and Uterus issues, right ovary and fallopian tube removed due to ovarian cyst instigated bleeding, Postpartum Depression, blood pressure issues, Eosinophilic Esophagitis, Chronic Auto Immune Disease, chronic constipation, Eustachian Tube Dysfunction, Insomnia, constant earaches, Abdominal Pain, Exocrine Pancreatic Insufficiency, Acid Reflux Disease, Chronic Sinusitis, Hiatal Hernia, Gastroesophageal Reflux Disease , Aphasia, Acute Sinusitis, Thyroglossal Cyst, Tonsillitis, Alopecia Areata, Irritable Bowel Disease, Dysphagia, Swallowing disorder, tension headaches, migraines, Extreme pain while menstruating, ringing in ears from chronic ear infections, and chronic abdominal pain. Sometime after January 2019, Plaintiff CHRISTINA ROWE came to believe that these injuries were more likely than not caused by exposure to toxic contamination while living on former George Air Force Base.

30.     Plaintiff AMY SMITH near former George Air Force Base in Victorville, California from approximately 1988 to 1990. Since that time, Plaintiff AMY SMITH has suffered from Chronis Knee Pain, a Late Miscarriage, Depression Anxiety, skin problems, feet-heel spurs, Plantar Fasciitis, Arthritis, migraines, and Sacroiliitis Joint Pain. Sometime after January 2019, Plaintiff AMY SMITH came to believe that these injuries were more likely than not caused by exposure to toxic contamination while living on former George Air Force Base.

31.     Plaintiff BRENDA STROUPE lived in family housing on former George Air Force Base from approximately 1988 to 1992. Since that time, Plaintiff BRENDA STROUPE has suffered from infertility, Hypothyroidism, Fibroids, Endometriosis, Pelvic Adhesions, Asthma, Allergies, Dermatitis, damaged fallopian tubes, Ovarian Cyst, joint pain, Sciatic Nerve Pain. Sometime after January 2019, Plaintiff BRENDA STROUPE came to believe that these injuries were more likely than not caused by exposure to toxic contamination while living on former George Air Force Base.

32.     Plaintiff LISA TICHENOR lived in family housing on former George Air Force Base from approximately September 1989 to August 1991. Since that time, Plaintiff LISA TICHENOR has suffered from two miscarriages, subsequent PTSD, Mitral Valve Prolapse, Supraventricular Tachycardia, Premature Ventricular Contractions, Asthma, Tinnitus, Ocular migraines, Immune Thrombocytopenia Purpura requiring blood and platelet transfusions, Systemic Lupus Erythematosus, Fibromyalgia, Anemia, Solar Urticaria, Raynaud's Phenomenon, Livedo Reticularis, Length dependent Sensory Peripheral Neuropathy, Degenerative Disc Disease, Sciatica, Osteoarthritis, Convulsive Syncope Seizures, Restless Leg Syndrome, Insomnia, REM sleep disorder, Pre-cancerous Endometrial Hyperplasia, Adenomyosis, Ovarian cysts, Multiple Fibroid Tumors. Sometime after January 2019, Plaintiff LISA TICHENOR came to believe that these injuries were more likely than not caused by exposure to toxic contamination while living on former George Air Force Base.

///

33.     Plaintiff JESSICA WALKER is the child of Joan Bigwood who lived in family housing on former George Air Force Base before and after Plaintiff JESSICA WALKER'S birth on September 7, 1977. Joan Bigwood was exposed to toxic contamination that can have developmental effects on organs and can remain in the body for several years after exposure. Plaintiff, JESSICA WALKER also lived in family housing on former George Air Force Base around November 7, 1977. Plaintiff JESSICA WALKER has suffered from three miscarriages, tubal pregnancy, multi-directional joint instability, Ehlers Danlos Syndrome (EDS), Endometriosis, Barrett's Esophagus, Gastroesophageal Reflux Disease, Colitis, Irritable Bowel Syndrome (IBS), Spinal Stenosis, Brachycardia, blood clot (mesenteric vein), chronic pain, Fibromyalgia, Post Traumatic Stress Disorder (PTSD), Sciatica, Tendonitis, depression, anxiety, Bipolar and personality disorders, asthma, deformities in feet, back, neck, degenerative discs, bulging discs, arthritis, bone spurs, high arches, hypermobility, hammer toes, claw foot, and nervous system disorders. Sometime after January 2019, Plaintiff JESSICA WALKER came to believe that these injuries were more likely than not caused by in-utero exposure to toxic contamination from her mother's direct exposure to toxic contamination while living on former George Air Force Base, as well as direct exposure to the toxic contamination while living on former George Air Force Base after her birth.

34.     Plaintiff PAULINE LLOYD WALKER lived in family housing on former George Air Force Base from approximately 1974 to 1980. Since that time, Plaintiff PAULINE LLOYD WALKER has suffered from Dual stroke, Fibromyalgia, Diabetes, Atrial Fibrillation, Cerebrovascular Disease, Chronic Gastrointestinal Disorder, Diverticulitis, Irritable Bowel Syndrome, lntestinal Dysmotility, Gastroparesis, heart burn, indigestion, reflux, chronic pain, chronic fatigue, Ehlers-Danlos Syndrome, Connective Tissue Disorder, hemorrhoids, internal bleeding, ischemic /transient Strokes, PCOS (Polycystic Ovarian Syndromes), Pulmonary Embolus, rectal/anal bleeding, Right Hemiplegia, General Arthritis, Cataracts, Chondritis, dental issues,

Gomez
Trial Attorneys

Edema (Feet), High/Low Blood Pressure, High Cholesterol, inner ear pain, Kidney Stones, Migraines, Mitral Valve Prolapse, Osteoarthritis, Osteoporosis, Patent Foramen Ovale (PFO), Seasonal Allergies, tremors, Uterine Polyps. Sometime after January 2019, Plaintiff PAULINE LLOYD WALKER came to believe that these injuries were more likely than not caused by exposure to toxic contamination while living on former George Air Force Base.

35.     Plaintiff BERGANDY WATSON lived in family housing on former George Air Force Base from approximately 1982 to 1986. Since that time, Plaintiff BERGANDY WATSON has suffered from Fibroadenomas, Interstitial Cystitis, chronic pain, Endometriosis, chronic migraines, Peripheral Neuropathy, Fibromyalgia, Osteoporosis, Degenerative Disc Disease. Sometime after January 2019, Plaintiff BERGANDY WATSON came to believe that these injuries were more likely than not caused by exposure to toxic contamination while living on former George Air Force Base.

36.     Defendant United States of America is the sovereign nation responsible for the acts and omissions of the officers, agents, servants, and/or employees of the United States Air Force and former George Air Force Base.

## FACTUAL ALLEGATIONS

37.     From 1941 until December 1992, the Defendant, United States of America, through its military branch, the United States Air Force, owned and operated the 5,347-acre George Air Force Base, located in Victorville, California.

38.     The mission of George Air Force Base was to support tactical fighter operations and provide training for air crews and maintenance personnel that involved the use and disposal of hazardous and non-hazardous materials.

39.     At all relevant times, Defendant knew or should have known that the Plaintiffs living on and around former George Air Force Base were exposed to toxic, hazardous, and radioactive substances.

///

40.     At all relevant times, Defendant knew or should have known that permitting and causing toxic, hazardous, and radioactive substances to be deposited in the soil, and to enter groundwater and/or water supply, and be released into the air, would more likely than not cause adverse health outcomes for all Plaintiffs living, working, and/or attending school on or near former George Air Force Base.

41.     From at least 1941 through 1992, Air Force members, their families and other persons living in and around or attending school in or around former George Air Force Base were exposed to soil, water, and air contaminated with various contaminants of concern.

42.     On May 25, 1956, the Air Force issued Technical Order 00-110A-1 which allowed the disposal of solid radioactive waste by burial. This was ultimately reversed in 1971 by technical order 00-110N-2 which required transfer of radioactive waste to an authorized disposal site.

43.     In 1979, John Richard Sabol, J.D., P.E. located 18 to 20, 55-gallon drums of radioactive waste in the Southeast Disposal Area (SEDA) when he conducted an environmental assessment/investigation of the SEDA for the Air Force. Radioactive material discovered at former George Air Force Base include Cesium-137, Thorium-232, and Uranium-238.

44.     In 1980, the Air Force implemented the Installation Restoration Program (IRP) to clean up health-threatening hazardous waste sites on its installations. Air Force IRPs require remedial action to ameliorate contamination that presents an imminent threat to public health.

45.     In 1982, the Industrial Storm Drain and Sewage Treatment Ponds were identified by Phase I of the former George Air Force Base IRP as potential areas of hazardous waste accumulation.

46.     In 1985, trichloroethylene (TCE) plumes were first identified during Phase II of former George Air Force Base's Phase II investigation.

///

47. In January 1986, George Air Force Base received a Cleanup and Abatement Order (CAO) adopted by the California Lahontan Regional Water Quality Control Board. Under the CAO former George Air Force Base was required to define the extent of the of TCE contamination in the groundwater beneath the Northeast Disposal Area, submit a remediation plan, and initiate groundwater cleanup.

48. In January 1986, the Environmental Planning and Compliance Branch under the IRP confirmed TCE contamination over an area approximately 1.25 miles long by 0.75 miles wide. The contaminated plume lied within an upper aquifer. The level of contamination was 560 parts per billion (ppb) at a time when California State Action Level was 5 ppb. TCE is a cancer-causing substance known to attack the nervous system, blood, kidneys, and heart. TCE was used to de-grease and clean aircraft at former George Air Force Base.

49. In or around 1990, former George Air Force Base was declared a Superfund site by the Environmental Protection Agency (EPA) due to high levels of chemical and radioactive contamination.

50. In October 1990, the EPA, the State of California, and the Air Force signed a Federal Facilities Agreement to remedy the environmental impact of the base. The Air Force was assigned as the lead agency for site cleanup, with EPA and the State of California Lahontan Regional Water Quality Control Board (RWQCB) providing regulatory oversight through FFA Base Closure Team (BCT) procedures.

51. On December 15, 1992, former George Air Force Base was officially decommissioned.

52. Government reports in 1994, 1995, and 1998 revealed the presence of three radioactive elements disposed of by the Defendant at former George Airforce Base: (1) cesium-137, (2) thorium-238, and (3) uranium-238.

53. Since the closure of former George Air Force Base, the EPA has released a list of contaminants found at high levels in the soil, waste, and groundwater at former George Air Force Base. The list includes antimony, asbestos, barium, benzene,

cadmium, copper, dioxins, ethylbenzene, inorganics, lead, manganese, mercury, pesticides, polychlorinated biphenyls (PCBs), polycyclic aromatic hydrocarbons, semi-volatile organic compounds, tetrachloroethene, toluene, total petroleum hydrocarbons, trichloroethylene, and xylene. Accidental ingestion of or direct contact with the listed contaminants poses various health risk including developmental delays in fetuses and children; and changes to the immune system, and various cancers.

54.     In January 2002, an EPA released Administrative Record, File No. 1773, which reported the presence of Aldrin, Chlordane, Dichlorodiphenyltrichloroethane (DDT), Dieldrin, Endrin, Heptachlor, and Lindane. At least three of these toxic pesticides were present through 2002 at levels exceeding EPA permissible remediation goals (PRG); aldrin was present at 576 times its EPA proscribed PRG, dieldrin was present at 500 times its EPA proscribed PRG, and chlordane was present at 15 times its EPA proscribed PRG.

55.     Groundwater at former George Air Force Base is contaminated with jet fuel, TCE, pesticides, and nitrates. Soil at former George Air Force base is contaminated with total petroleum hydrocarbons (TPHs), dioxins, construction debris, medical wastes, pesticides, semi-volatile organic compounds (SVOCs), and various inorganic compounds. Groundwater and soil at the base have also been contaminated by improperly disposed radioactive waste. About forty percent of buildings at former George Air Force Base have been found to contain asbestos.

56.     At all relevant times, Defendant knew or should have known civilian residents at former George Air Force Base were exposed to toxic, hazardous, and radioactive substances through the pathways included but not limited to: (1) inhalation from golf course water sprinklers using reclaimed water from wastewater treatment plants; (2) inhalation of toxins from hospital incinerator; (3) oral ingestion of lead-based paints; (4) indoor air inhalation of solvents, fuel components, radioactive material, and fine particulate tracked into homes and schools; and (5) oral ingestion and osmotic

transfer through the skin of dirt, soil, dust, and water in schools, playgrounds, and homes.

57.    Plaintiffs, at the times alleged above, were exposed to toxic, hazardous, and radioactive substances on or around former George Air Force Base.

58.    The adverse health outcomes experienced by Plaintiffs from exposure to the toxic, hazardous, and radioactive substances deposited in the soils, groundwater, and water supply, and related release of these substances into the air at former George Air Force Base, include but are not limited to: cancer, heart disease, seizures, migraines, nausea, cardiomyopathy, respiratory issues, hypothyroidism, hypertension, abdominal pain, digestive diseases, development of cysts on internal organs, reproductive issues and harm, anxiety, depression, and ADHD.

59.    Defendant has never notified or otherwise communicated to Plaintiffs the risks associated with or the fact of exposure to toxic, hazardous, and radioactive substances present at former George Air Force Base.

60.    Clean up at former George Air Force Base is projected to continue until at least 2077.

## CAUSE OF ACTION

### Negligence

61.    Plaintiffs reallege and incorporate by reference as though fully set forth herein the preceding paragraphs 1 through 60.

62.    Plaintiffs were and continue to be harmed by Defendant's negligent actions as above-described above.

63.    At all relevant times herein alleged, Defendant had a duty to act with reasonable and due care for the safety of others to not cause personal harm to Plaintiffs.

a.    Defendant had a duty to do whatever necessary to provide safe and uncontaminated living and working environment for all residents of former George Air Force Base.

b.      Defendant had a duty to provide safe and uncontaminated living and working environment for all persons who could be reasonably foreseen to frequent or live on or around former George Air Force Base.

c.      Defendant had a duty to maintain air and water supply systems on the property it owned, operated, and controlled at former George Airforce Base to ensure it remained free from toxic, hazardous, and radioactive contaminants reasonably foreseen to result in adverse health consequences to those living on and around former George Airforce Base, consistent with due care, federal, state, local, and military regulations, orders, procedures, and instructions meant to ensure health, safety, and welfare of those living on and around former George Airforce Base.

d.      Defendant had a duty to provide well-trained and competent personnel whose qualifications were commensurate with the responsibility to provide a clean and safe environment for all persons living and working on or around former George Air Force Base.

e.      Defendant had a duty to effectively and comprehensively clean up, repair, and remedy contamination present and caused by former George Air Force Base.

f.      Defendant had a duty to notify those living on and around former George Air Force Base of health risks caused by exposure to the toxic, hazardous, and radioactive substances present at the base.

64.      Defendant created a dangerous condition on and around former George Air Force Base by depositing toxic, hazardous, and radioactive substances in the air, soils and groundwater.

65.      Defendant knew or should have known that its actions, omissions, and failures to act posed a threat to human health and created the dangerous condition in and around an area that was frequented by the civilian residents, visitors, and workers on and around former George Air Force Base.

66.     Despite this knowledge, Defendant negligently, recklessly, and/or intentionally continued to deposit toxic, hazardous, and radioactive substances in the soils, groundwater, and water supply within former George Air Force Base in a manner that exposed individuals in residential facilities and schools on and around former George Air Force Base.

67.     Despite this knowledge, Defendant failed to warn civilian residents, visitors, and workers in and around former George Air Force Base reasonably foreseeable as subject to adverse health effects of the dangers of exposure to the toxic, hazardous, and radioactive substances in the soils, groundwater, and water supply, and related airborne release of these substances on former George Air Force Base.

68.     Defendant failed to exercise reasonable care in that they failed to properly use, maintain, and dispose of the toxic, hazardous, and radioactive substances used at and deposited on former George Air Force Base, and Defendants failed to exercise reasonable care to prevent harm to Plaintiffs.

69.     Defendant knew or should have known that his acts and omissions as alleged herein would result in harm to Plaintiffs. Defendant's conduct was a substantial factor in causing Plaintiff's harm.

70.     The acts and omissions by Defendant are the legal cause of the injuries to the Plaintiffs. Defendant is liable to Plaintiffs for all harm caused them.

71.     As a proximate result of Defendant's wrongful acts, Plaintiffs suffered substantial personal harm as described above.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs pray for judgment against Defendant, as follows:

1. For general damages;

2. For special and/or economic and/or loss of use damages;

3. For incidental damages;

4. For attorneys' fees as permitted by law;

5. For prejudgment interest as permitted by law;

6. For costs of suit incurred herein; and

7. For such other and further relief as the court may deem just and proper.

Dated:  November 19, 2021          **GOMEZ TRIAL ATTORNEYS**


By: /s/ Paul L. Starita
       Paul L. Starita

John H. Gomez (SBN 171485)
Jessica S. Williams (SBN 314762)
Paul L. Starita (SBN 219573)
*Attorneys for the Plaintiffs*