**GOMEZ TRIAL ATTORNEYS**
John H. Gomez (SBN 171485)
Jessica S. Williams (SBN 314762)
Paul L. Starita (SBN 219573)
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Fax: (619) 237-3496
Email: john@thegomezfirm.com
jwilliams@thegomezfirm.com
pstarita@thegomezfirm.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ANDERSON, individually; DIXIE ATWOOD, individually; HOLLY ATWOOD, individually; JORDAN ATWOOD, individually; CATHERINE BENDELE, individually; DOROTHY LYNN BODDY, individually; DIANA BODKIN, individually; STACIE CLEMENT on behalf of her minor child L.C., individually; STACIE CLEMENT, individually; SUZANNE COIT, individually; JORDAN SALTERN DEHEK, individually; MARY DEJONG, individually; PATRICIA MARIE EARL MAUGHAN, individually; CHRISTOPHER JAMES EARL individually; GEORGE JAMES GIBSON, individually; MEGAN HILL, individually; CHRISTI HUMPHREYS, individually; MICHAEL HYE, individually; SUZANNE JERABEK, individually; COBY MAUGHAN, individually; MICHAEL MCCAULEY, individually; KAILEY MEYER, | CASE NO.: 2:21-cv-09102-VAP-PD<br><br>**PLAINTIFFS' RESPONSE TO COURT'S ORDER TO SHOW CAUSE ISSUED MARCH 2, 2022** |

individually; MONY PARK, as Legal Representative of the ESTATE OF LARRY C. PARK, individually; REBECCA POPPLETON, individually; CHRYSTINA ROWE, individually; AMY SMITH, individually; BRENDA STROUPE, individually; LISA TICHENOR, individually; JESSICA WALKER, individually; PAULINE LLOYD WALKER, individually; BERGANDY WATSON, individually; LAUREN COLETRAIN, individually; BRIAN CROOKS, individually; DAVID GRASTY, individually; RACHEL GRASTY-SHEEHAN, individually; TANYA LIEB, individually; APRIL MANDEVILLE, individually; APRIL MANDEVILLE, on behalf of her minor child, A.V., individually; CRYSTAL NASH, individually; CRYSTAL NASH, on behalf of her minor child, A.F., individually; ASHLEY RICE individually; ASHLEY RICE, on behalf of her minor child, M.D., individually; MARLENE SHEEHAN, individually; JOHN TEAGUE, individually; FRANK VERA III, on behalf of his minor child, F.V., individually; FRANK VERA III, on behalf of his minor child, M.V., individually; KANDI WIMBERLY, individually; CORBYN ZIEMER MCCONAHY, individually; SARAH MCCONAHY ZIEMER, individually; and SARAH MCCONAHY ZIEMER, behalf of her minor child, O.Z., individually;

        Plaintiffs,

v.

| | |
|---|---|
| 1 | THE UNITED STATES OF AMERICA |
| 2 | Defendants. |
| 3 | |

On February 16, 2022, Plaintiffs ROBERT ANDERSON, DIXIE ATWOOD, HOLLY ATWOOD, JORDAN ATWOOD, CATHERINE BENDELE, DOROTHY LYNN BODDY, DIANA BODKIN, STACIE CLEMENT ON BEHALF OF HER MINOR CHILD L.C., STACIE CLEMENT, SUZANNE COIT, JORDAN SALTERN DEHEK, MARY DEJONG, PATRICIA MARIE MAUGHAN EARL, JAMES EARL, GEORGE JAMES GIBSON, MEGAN HILL, CHRISTI HUMPHREYS, EARL HUMPHREYS, MICHAEL HYE, SUZANNE JERABEK, COBY MAUGHAN, MICHAEL MCCAULEY, KAILEY MEYER, MONY PARK, ON BEHALF OF THE ESTATE OF LARRY C. PARK, REBECCA POPPLETON, CHRYSTINA ROWE, AMY SMITH, BRENDA STROUPE, LISA TICHENOR, JESSICA WALKER, PAULINE LLOYD WALKER, BERGANDY WATSON, LAUREN COLETRAIN, BRIAN CROOKS, DAVID GRASTY, RACHEL GRASTY-SHEEHAN, TANYA LIEB, APRIL MANDEVILLE, APRIL MANDEVILLE ON BEHALF OF HER MINOR CHILD, A.V., CRYSTAL NASH, CRYSTAL NASH ON BEHALF OF HER MINOR CHILD, A.F., ASHLEY RICE, ASHLEY RICE ON BEHALF OF HER MINOR CHILD, M.D., MARLENE SHEEHAN, JOHN TEAGUE, FRANK VERA III ON BEHALF OF HIS MINOR CHILD, F.V., FRANK VERA III ON BEHALF OF HIS MINOR CHILD, M.V., KANDI WIMBERLY, CORBYN ZIEMER MCCONAHY, SARAH MCCONAHY ZIEMER, SARAH MCCONAHY ZIEMER BEHALF OF HER MINOR CHILD, O.Z, (hereinafter "Plaintiffs") filed a Second Amended Complaint against Defendant The United States of America. On March 3, 2022, this Court issued an Order to Show Cause requesting Plaintiff show cause in writing as to "why this action should not be dismissed for lack of prosecution".

Plaintiff responds as follows:

1. Plaintiff served the Second Amended Summons and Complaint on Defendant the United States of America via certified mail to the Attorney General of the United States on March 4, 2022 as required by Fed. R. Civ. P. (4)(i)(1).

2. Plaintiffs also attempted to personally serve the Second Amended Summons and Complaint on the United States Attorney's office at 300 N. Los Angeles Street, Suite 7516, Los Angeles, CA 90012 as required by Fed. R. Civ. P. (4)(i)(1). Personal service was denied due to a COVID policy restricting the office to accept personal service on site. Therefore, Plaintiffs served the United States Attorney's office at 300 N. Los Angeles Street, Suite 7516, Los Angeles, CA 90012 via certified mail on March 4, 2022.

3. Plaintiffs filed executed Proofs of Service of Second Amended Summons and Complaint for Defendant United States of America on March 7, 2022 with the Court. *See* Doc. No. 17.

To conclude, Plaintiffs respectfully request that this Court accept this filing and the filed Proofs of Service of Second Amended Summons and Complaint as an appropriate response to the Order to Show Cause as to why this action should not be dismissed.

Dated: March 7, 2022　　　　　　　　**GOMEZ TRIAL ATTORNEYS**

By: /s/ Paul L. Starita
　　　Paul L. Starita

John H. Gomez (SBN 171485)
Jessica S. Williams (SBN 314762)
Paul L. Starita (SBN 219573)
*Attorneys for the Plaintiffs*