UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

Robert Anderson, et al.,

    Plaintiffs,

v.

The United States of America,

    Defendant.

Case No. 22:21-cv-09102-VAP-(PDx)

**JUDGMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order Granting Defendant's Motion to Dismiss, IT IS ORDERED AND ADJUDGED that the action, *Robert Anderson, et al. v. The United States of America*, 2:21-cv-09102-VAP-(PDx), is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:    8/18/22

                                                  Virginia A. Phillips
                                                  United States District Judge